Andrew M. Carroll, Esquire
427 N. Packard Street
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: Ziejewski, Joan | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19-12580 |

**CERTIFICATE OF SERVICE**

1. I am the attorney of record for the debtor in the present case.

2. On May 31, 2019 I sent a copy of following document and all related documents:

    Modified chapter 13 plan, amended summary of schedules, amended Schedules A/B,

    C, I and J, verification of debtor, (present) certificate of service

to the parties listed below:

SPS
KML Law Group
701 Market Street, #5000
Philadelphia, PA 19106

Deutsche Bank National Trust Co.
in c/o SPS
PO Box 65450
Salt Lake City, UT 84165

3. I certify under penalty of perjury that the above noted documents were sent via USPS

    regular mail.

/s/ Andrew M. Carroll
Andrew M. Carroll

May 31, 2019