Andrew M. Carroll, Esquire
427 N. Packard Street
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

L.B.F. 3015-6A

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.:Ziejewski, Joan | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-12580 JFK |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes,

I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

/s/ Andrew M. Carroll
Andrew M. Carroll

August 29, 2019