**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: Ziejewski, Joan | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19-12580 JFK |

**CERTIFICATION OF NO RESPONSE**

I, Andrew Carroll, Esquire, counsel for Debtor(s), do hereby certify that:

1. On August 30, 2019, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Application for Compensation upon the Standing Trustee, U.S. Trustee, and each holder of a claim against Debtor (the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Motion with the Court, and to serve a copy of any such objection upon the undersigned, on or before September 20, 2019.

3. As of the date hereof, no objection to the Motion has been served upon the undersigned.

4. Neither an objection to the compensation nor an application for administrative expenses has been filed as directed in paragraph six of the dismissal Order.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Dated: December 2, 2019

/s/ Andrew M. Carroll, Esq.
Andrew M. Carroll, Esq.
427 N. Packard Street
Hammonton, NJ 08037