**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: Ziejewski, Joan | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19-12580 JFK |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,750.00 is ALLOWED, and the Standing Trustee shall disburse $3,750.00 in legal fees and $0.00 in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

**Date: December 2, 2019**

Dated: ___/___/19

_____
United States Bankruptcy Judge

cc.

Andrew Carroll
427 N. Packard Street
Hammonton, NJ 08037

Joan Ziejewski
131 W Northwestern Avenue
Philadelphia, Pa. 19118

Scott Waterman

2901 St. Lawrence Ave
Suite 100
Reading, Pa. 19606